# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL PIRCIO,

    Plaintiff,

v.

MGM RESORTS INTERNATIONAL,

    Defendant.

Case No. 2:23-cv-01550-CDS-NJK

**Order**

    This case was initiated in this Court on diversity grounds.  *See* Docket No. 1.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1]  Plaintiff's certificate of interested parties fails to identify citizenship attributed to him.  *See* Docket No. 8.

    Accordingly, Plaintiff must file an amended certificate of interested parties by October 18, 2023, fully identifying the citizenship attributed to him.

    IT IS SO ORDERED.

    Dated: October 11, 2023

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1