George Haines (NV State Bar No. 9411)
Gerardo Avalos (NV State Bar No. 15171)
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: 702.880.5554
ghaines@freedomlegalteam.com

*Attorneys for Plaintiff and the Proposed Class*

Todd L. Bice (NV State Bar No. 4534)
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PIRCIO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1550-CDS-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

1    Pursuant to LR IA 6-1, Plaintiff Michael Pircio and Defendant MGM Resorts
2  International ("MGM") respectfully stipulate that MGM's time to respond to the Complaint
3  be extended from the current deadline of November 12, 2023 to and including December 12,
4  2023. This is the second stipulation for an extension of time to file MGM's responsive
5  pleading.

6    Good cause exists to further enlarge the time for MGM to respond to the Complaint.
7  First, the parties intended to provide for an initial extension up to and including December
8  12, 2023, but, due to a scrivener's error, mistakenly requested an extension through
9  November 12, 2023. *See* Dkt. No. 13. Second, as of this date, there are now ten other related
10 actions were filed against MGM in this and two other federal courts (the "Related Actions").
11 *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Kirwan v. MGM Resorts*
12 *Int'l*, No. 2:23-cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-
13 01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v.*
14 *MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-
15 cv-01577 (D. Nev.); *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v.*
16 *MGM Resorts Int'l*, No. 2:23-cv-01719 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-
17 01777 (D. Nev.); *Albrigo v. MGM Resorts Int'l*, No. 3:23-cv-01797 (S.D. Cal.); *Lassoff v.*
18 *MGM Resorts Int'l, et al.*, No. 1:23-cv-20419 (D.N.J.). In *Owens* (Case No. 2:23-cv-01480,
19 Dkt. No. 15), *Kirwan* (Case No. 2:23-cv-01481, Dkt. No. 16), *Zussman* (Case No. 2:23-cv-
20 01537, Dkt. No. 17), and *Lackey* (Case No. 2:23-cv-01550, Dkt. No. 11), the parties have
21 agreed to extend MGM's time file a responsive pleading until December 12, 2023. MGM
22 anticipates seeking the same extension to the other Related Actions pending in the District
23 of Nevada within the coming week.

24   Based on the Parties' current understanding of the claims, there are significant
25 overlaps between this action and the Related Actions. As such, additional time is required to
26 permit time to permit the various parties to the Related Actions to meet and confer, evaluate
27 the potential consolidation of the cases, and conserve judicial resources. Moreover, this case
28 remains in its infancy, and this request will not prejudice any party.

1     **WHEREAS** the Parties respectfully request that the Court extend MGM's time to answer, move, or otherwise respond to the Complaint from November 12, 2023, to and including December 12, 2023.

Dated: November 3, 2023                        Respectfully submitted,

                                            */s/ George Haines*

                                            George Haines
                                            Gerardo Avalos
                                            **FREEDOM LAW FIRM, LLC**
                                            8985 S. Eastern Avenue, Suite 100
                                            Las Vegas, NV 89123
                                            Telephone: 702.880.5554
                                            ghaines@freedomlegalteam.com

*Attorneys for Plaintiff and the Proposed Class*

*/s/ Todd L. Bice*
Todd L. Bice, Bar No. 4534
PISANELLI BICE, PLLC
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant MGM Resorts International*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:     November 3, 2023