George Haines (NV State Bar No. 9411)
Gerardo Avalos (NV State Bar No. 15171)
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: 702.880.5554
ghaines@freedomlegalteam.com

*Attorneys for Plaintiff and the Proposed Class*

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PIRCIO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1550-CDS-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

1    Pursuant to LR IA 6-1, Plaintiff Michael Pircio and Defendant MGM Resorts
2  International ("MGM") respectfully stipulate MGM's time to respond to the Complaint be
3  extended from the current deadline of December 12, 2023 to and including January 11, 2024.
4  This is the third stipulation for an extension of time to file MGM's responsive pleading. The
5  court last granted an extension on November 3, 2023. ECF No. 16.

6    Good cause exists to enlarge the time for MGM to respond to the Complaint. There
7  are currently ten other related actions filed against MGM pending in the District of Nevada
8  (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.);
9  *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM*
10 *Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Owens v. MGM Resorts Int'l*, No. 2:23-cv-1480
11 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Rundell v. MGM*
12 *Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719
13 (D. Nev.) *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.); *Zari v. MGM Resorts*
14 *Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826. One
15 other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts Int'l*, No. 1:23-
16 cv-20419.

17    The parties in the Related Actions are actively preparing a joint motion to consolidate
18 the Related Actions. As such, additional time is required to permit time to meet and confer
19 with the various parties to the Related Actions and finalize the joint motion.

20    The Parties' request is made in good faith to enable the parties to finalize the joint
21 motion for consolidation and conserve judicial and party resources. Moreover, this case is
22 in its infancy, and this request will not prejudice any party.

23    **WHEREAS** the Parties respectfully request that MGM shall have until January 11,
24 2024 to answer, move, or otherwise respond to the Complaint.

25

26    Dated:  December 11, 2023                          Respectfully submitted,

IT IS SO ORDERED.
Dated:  December 12, 2023
.                                                       /s/ George Haines
_____
United States Magistrate Judge      ND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
                                                       CASE NO. 2:23-CV-1550

George Haines
Gerardo Avalos
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: 702.880.5554
ghaines@freedomlegalteam.com

*Attorneys for Plaintiff and the Proposed
Class*

/s/ Todd L. Bice
Todd L. Bice
PISANELLI BICE, PLLC
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant
MGM Resorts International*